**Order filed, April 13, 2021.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-20-00822-CV**
_____

**LETNER SURVIVORS TRUST, LLC, Appellant**

**V.**

**THE BERRY GROUP, LP, Appellee**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-70328**

---

## ORDER

The reporter's record in this case was due February 1, 2021. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Michelle Miller, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Hassan.